997 A.2d 1151

**PENNSYLVANIA STATE POLICE, Petitioner**

v.

**PENNSYLVANIA STATE TROOPERS' ASSOCIATION (Trp. Michael KEYES), Respondent.**

Supreme Court of Pennsylvania.

July 8, 2010.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of July 2010, the Petition for Allowance of Appeal is **DENIED.** The February 17, 2010, Application for Relief Filed on Behalf of the Pennsylvania State Troopers' Association Pursuant to Pa.R.A.P. 123, and the June 14, 2010, Application for Expedited Relief Filed on Behalf of the Pennsylvania State Troopers' Association Pursuant to Pa.R.A.P. 123 are also **DENIED.**